FILED
2017 Dec-15  PM 05:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| DANA COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALKER COUNTY E-911, )<br>)<br>Defendant. ) | CIVIL ACTION NO:<br>6:16-CV-01746-TMP |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant Walker County E-911 and moves this Honorable Court to enter summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure with respect to all counts of the Amended Complaint filed by the Plaintiff, Dana Cooper.

As grounds in support of this motion, the Defendant states that there is no genuine issue of material fact and that it is entitled to judgment in its favor as a matter of law.  In support of this motion, Defendant relies on the following:

1. The Amended Complaint filed in this case;

2. Defendant's Answer to Plaintiff's Amended Complaint;

3. The Evidentiary Submission in Support of Defendant's Motion for Summary Judgment filed simultaneously with the Court;

4. Brief filed in support of Defendant's Motion for Summary Judgment.

        Respectfully submitted,

        **s/ James Michael Cooper**
        JAMES MICHAEL COOPER
        (ASB-6353-P79J; COOPJ6353)
        Attorney for *Walker County E-911*
        Porterfield, Harper, Mills, Motlow
           & Ireland, PA
        22 Inverness Center Parkway, Suite 600
        Birmingham, Alabama 35242
        Telephone: 205.980.5000
        Facsimile: 205.980.5001
        Email: jmc@phm-law.com

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **DANA COOPER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 6:16-CV-01746-TMP |
| **WALKER COUNTY E-911,** | ) |
| | ) |
| **Defendant.** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles C. Tatum, Jr.
Post Office Box 349
Jasper, Alabama 35502
Telephone: 205-387-0708
E-mail: ctatum7@aol.com

                                    *s/ James Michael Cooper*
                                    OF COUNSEL