# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA JASPER DIVISION

| | |
|---|---|
| DANA COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 6:16-CV-01746-TMP |
| WALKER COUNTY E-911, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant Walker County E-911 and submits this Evidentiary Submission in support of its Motion for Summary Judgment. Defendant relies on the following evidence:

1. Declaration of Rhonda Walden with Exhibits A – W attached;

2. Deposition of Dana Cooper with Exhibits 1 – 15 attached;

3. Deposition of Keith Cooper – attached;

4. Deposition of Dr. Paul Gilreath with Exhibits 1 – 4 attached;

5. Deposition of Tim Stockman with Exhibits 1 – 5 attached;

6. EEOC Charge of Dana Cooper – attached.

Defendant has filed a motion requesting that these documents be filed under seal, along with a Proposed Order.

Respectfully submitted,

**s/ James Michael Cooper**
JAMES MICHAEL COOPER
(ASB-6353-P79J; COOPJ6353)
Attorney for *Walker County E-911*
Porterfield, Harper, Mills, Motlow
    & Ireland, PA
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Telephone: 205.980.5000
Facsimile: 205.980.5001
Email: jmc@phm-law.com

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA JASPER DIVISION

| | |
|---|---|
| **DANA COOPER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO:** |
| | ) **6:16-CV-01746-TMP** |
| **WALKER COUNTY E-911,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles C. Tatum, Jr.
Post Office Box 349
Jasper, Alabama 35502
Telephone: 205-387-0708
E-mail: ctatum7@aol.com

            *s/ James Michael Cooper*
            OF COUNSEL